

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00125-CR

Ex Parte Hector **RAMIREZ,**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2894-W1
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file motion to dismiss appeal is GRANTED. The appellant's motion to dismiss appeal is due on August 26, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court